■ In the Matter of ANTHONY WILLIAMS, Also Known as ANTONIO THOMAS, Petitioner, v ALAN L. HONOROF, Respondent. [8 NYS3d 575]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent, Alan L. Honorof, an Acting Justice of the Supreme Court, Nassau County, to determine a certain motion for poor person relief and the assignment of counsel in a criminal action entitled *People v Thomas, also known as Williams*, commenced in the Supreme Court, Nassau County, under indictment No. 84255-93, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied as academic and the proceeding is dismissed, without costs or disbursements.

The instant proceeding has been rendered academic in light of the determination of the subject motion in an order of the Supreme Court, Nassau County, dated March 27, 2015. Leventhal, J.P., Chambers, Roman and Hinds-Radix, JJ., concur.